**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Thomas Miller, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  11 C 3657 |
| | ) | |
| Regional Adjustment Bureau, Inc., | ) | Judge Aspen |
| a Tennessee corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of his

claims against the Defendant, with prejudice.

Dated: July 12, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically**.**  Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on July 12, 2011, by 5:00 p.m.

Regional Adjustment Bureau, Inc.
C/O Christopher J. Dallavo
Schueler, Dallavo & Casieri
233 S. Wacker Drive
Suite 6150
Chicago, Illinois 60606


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2