UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Thomas Miller
                                Plaintiff,

v.                                                       Case No.: 1:11−cv−03657
                                                              Honorable Marvin E. Aspen

Regional Adjustment Bureau, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 14, 2011:

      MINUTE entry before Honorable Marvin E. Aspen: Pursuant to F.R.C.P. Rule 41 and notice of voluntary dismissal (11), plaintiff stipulates to the dismissal of his claims against the defendant with prejudice. jUDICIAL STAFF MAILED notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.